THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Rodney McLeod,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,        Respondent.
 
 
 

Appeal From Colleton County
Jackson V. Gregory, Circuit Court Judge

Memorandum Opinion No. 2005-MO-012
Submitted March 29, 2005  Filed April 11, 2005

AFFIRMED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Adrianne L. Turner, of Columbia, for Respondent.
 
 
 

 Counsel for petitioner has filed a petition for a writ of certiorari, pursuant to Johnson v. State, 294 S.C. 310, 364 S.E.2d 201 (1988), from an order of the circuit court denying petitioners request for a writ of habeas corpus.  Because the procedure set forth in Johnson is not applicable in habeas corpus actions, we construe this matter as a direct appeal from the order of the circuit court and deny counsels request to be relieved.
At the time petitioner filed his petition for a writ of habeas corpus, he had not exhausted all available post-conviction relief remedies.  Accordingly, the circuit court properly denied the petition.  Gibson v. State, 329 S.C. 37, 495 S.E.2d 426 (1998).
 AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.